JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE BYRD AND DON BYRD,<br><br>    Plaintiffs,<br><br>  vs.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, DEPUTY MILROY, DEPUTY ARMES, STEVEN PARKER, CLAUDE PARKER, ESTHER PARKER, DOES 1-10<br><br>    Defendants. | No. CV 09-7883 RGK (RNBx)<br><br>**ORDER OF DISMISSAL; WAIVER OF ATTORNEY FEES; AND ORDER OF ENTRY OF JUDGMENT OF DISMISSAL** |

### ORDER

IT IS HEREBY ORDERED, ADJUDGED and DECREED that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the lawsuit of TYRONE BYRD AND DON BYRD is dismissed in its entirety, with prejudice;

1      IT IS FURTHER ORDERED, ADJUDGED and DECREED that
2  all scheduled dates, including those set for the pre-
3  trial conference and/or trial are hereby VACATED;
4      IT IS FURTHER ORDERED, ADJUDGED and DECREED that
5  each party hereby waives any and all claims for
6  attorneys' fees pursuant to 42 U.S.C. Section 1988,
7  and shall bear his own costs;
8      IT IS FURTHER ORDERED, ADJUDGED and DECREED that a
9  Judgment of Dismissal is hereby entered in this matter
10 pursuant to the Joint Stipulation of Dismissal
11 executed by the Plaintiffs and the County Defendants.
12     IT IS SO ORDERED.

DATED: April 22, 2011

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE